| | | | |
|---|---|---|---|
| In re D.M.W.<br><br>Case Below:<br>173 N.C. App. 679 | No. 671P05 | Petitioner's (Mecklenburg County DSS) PWC To Review Decision of COA (COA05-70) | Allowed<br>(03/02/06) |
| Lewis v. Craven Reg'l Med. Ctr.<br><br>Case Below:<br>174 N.C. App. 561) | No. 693P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1656) | Denied<br>(03/02/06)<br><br>**Martin, J.**<br>**Recused** |
| Lohrman v. Iredell Mem'l Hosp., Inc.<br><br>Case Below:<br>174 N.C. App. 63 | No. 655P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1373) | Denied<br>(03/02/06) |
| Mabee v. Onslow Cty. Sheriff's Dep't<br><br>Case Below:<br>174 N.C. App. 210 | No. 643P05 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA04-1628)<br><br>2. Defs' (Onslow County Sheriff's Dept., Ed Brown & Kirk Newkirk) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>(03/02/06)<br><br>2. Dismissed as Moot<br>(03/02/06) |
| Mayfield v. Hannifin<br><br>Case Below:<br>174 N.C. App. 386 | No. 699P05 | 1. Def's Motion for Temporary Stay (COA04-1646)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Withdraw PDR | 1. Denied<br>12/20/05<br>360 N.C. 290<br><br>2. Dismissed as moot<br>(03/02/06)<br><br>3. —<br><br>4. Allowed<br>(03/02/06) |
| Perez v. American Airlines/AMR Corp.<br><br>Case Below:<br>174 N.C. App. 128 | No. 661P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1573) | Allowed<br>(03/02/06) |
| Roberts v. McAllister<br><br>Case Below:<br>174 N.C. App. 369 | No. 686A05 | Plt-Appellant's Motion to Dismiss Appeal (COA04-1045) | Allowed<br>02/08/06 |
| State v. Ahmadi-Turshizi<br><br>Case Below:<br>175 N.C. App. 783 | No. 092P06 | 1. AG's Motion for Temporary Stay (COA05-482) | 1. Allowed<br>02/23/06 |